IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE | § § | |
| TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | § § § | Case No. 4:17-cv-00913 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
MDL 2545

| | | |
|---|---|---|
| IN RE | § § | |
| TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | § § § | Case No. 1:14-cv-01748 |

**ORDER**

ON THIS DAY, Nonparties/respondents Mohit Khera, MD and Larry Lipshultz, MD's Motion to Quash and Motion for Protection from Subpoena was presented to the Court. After considering the motion and the arguments of counsel, it is:

ORDERED, ADJUDGED AND DECREED that Nonparties/respondents Mohit Khera, MD and Larry Lipshultz, MD's Motion to Quash and Motion for Protection from Subpoena are granted.

SIGNED this _____ day of _____, 2017

_____
JUDGE PRESIDING