**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

**312-435-5670**

May 31, 2017

Re: Weimers et al. v. Khera et al

USDC Case Number**:** 1:17-cv-04094

This is to advise the parties that the above titled case has been electronically transferred to the Northern District of Illinois from the Southern District of Texas, Weimers et al. v. Khera et al (4:17-mc-00769). The case has been assigned number 1:17-cv-04094 to the Honorable Samuel Der-Yeghiayan.

The purpose of this letter is to inform you that the Local Rule 83.15 of this Court requires that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court.

For further information, you may visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

Sincerely yours,
Thomas G. Bruton, Clerk

By: /s/ Jessica J. Ramos
Deputy Clerk