# United States District Court
# Northern District of Illinois

In the Matter of

In Re: Khera and Lipshultz

v.

District Judge Matthew F. Kennelly

Case No. 17-CV-4094

Designated Magistrate Judge
*By Lot - Non Designated Judge

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Samuel Der-Yeghiayan to be related to 14 C 1748 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
**Judge Matthew F. Kennelly**

Date: Monday, June 05, 2017

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Matthew F. Kennelly

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Ruben Castillo**

Dated: Monday, June 05, 2017

District Reassignment - Finding of Relatedness